

**U.S. Department of Justice**

*United States Attorney*

*District of Delaware*

*Reneé A. Austin*
*Direct Dial: 302-573-6277x119*
*Facsimile: 302-573-6643*

*1007 Orange Street*
*Suite 700*
*Wilmington, Delaware 19899-2046*
*(302) 573-6277.*

January 9, 2006

U.S. District Court
Attn: Ron Eberhard, Intake Supervisor
844 N. King Street
Wilmington, DE 19801

      Re:   United States v. Yvette K. Baker, M.D.

Dear Mr. Eberhard:

    Enclosed, please find an original and two copies of a state court judgment. Please register the judgment in your court and return two certified copies to me.

    If you have any questions, please call me at the number listed above.

                             Very truly yours,

                             **COLM F. CONNOLLY**
                             United States Attorney

               By:   */s/ Renee A. Austin*
                      Renee A. Austin
                      Paralegal Specialist

Enclosure

File No. 2005Z00200

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | MISCELLANEOUS NO. |
| YVETTE K. BAKER, M.D., | : | |
| Defendant | : | |

**PRAECIPE TO FILE CERTIFIED JUDGMENT**

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Consent Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **YVETTE K. BAKER, M.D.**, defendant, originally entered as Case No. LR-C-96-128, on September 25, 1996, in the United States District Court for the Eastern District of Arkansas, in the sum of $67,127.23 ($60,332.54 principal; $6,102.48 ten percent surcharge; $692.21 interest through September 20, 1996) plus interest from the date of Judgment at the rate of 5.900% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $79,872.53 as of January 9, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 25 1996
JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

UNITED STATES OF AMERICA )
)
)
v. ) NO.  LR-C-96-128
)
)
YVETTE KETAI BAKER )

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered against said defendant in favor of plaintiff in the sum of $67,127.23 ($60,332.54 principal; $6,102.48 10% surcharge; $692.21 interest through September 20, 1996) to be paid in monthly installments of $1,000.00, with the first installment due upon the signing of the payment agreement and consent judgment; and subsequent payments to be made thereafter on the 1st of each month beginning on November 1, 1996, until judgment is satisfied in full.

If any installment shall not be paid when it becomes due and payable, then the entire unpaid balance plus all accrued interest may be declared immediately due and payable and execution, garnishment, attachment, or other process may issue in aid of the judgment hereby granted.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Yvette Ketai Baker as set out above.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
Date _____ BY _____

_____
HONORABLE WILLIAM R. WILSON
UNITED STATES DISTRICT JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By_____ D.C.

6

APPROVED:

_____
YVETTE KETAL BAKER
Defendant

_____
SUSAN GORDON GUNTER
Attorney for Defendant

_____
STACEY E. MCCORD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Federal Judgment was served upon defendant by depositing same in the United States mail, postage prepaid, this 9th day of January, 2006, addressed to:

>YVETTE K. BAKER, M.D.
>345 Pine Valley Road
>Dover, DE  19904

PATRICIA C. HANNIGAN
Assistant United States Attorney